IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT JAMES SHINN, JR.,** **AIS 151346,**     Petitioner, vs. **CHRISTOPHER GORDY,**     Respondent. | : : : : : : :    CA 13-0346-KD-C |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 14, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of September, 2013.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE