# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ROBERT JAMES SHINN, JR., :
AIS 151346,
:
    Petitioner,
:
vs.                               CA 13-0346-KD-C
:
CHRISTOPHER GORDY,
:
    Respondent.

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 14, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of September, 2013.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE